IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. ROBERT C. BUTLER, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   NO. 3:19-cv-00416 ) |
| GOVERNOR BILL HASLAM et al., | )   JUDGE RICHARDSON ) |
|     Defendants. | ) |

## **ORDER**

Before the Court is Plaintiff's Application to Proceed Without Prepaying Fees or Costs. (Doc. No. 2.) Because Plaintiff's submission establishes that he is without sufficient funds to prepay the filing fee, the Application is **GRANTED**, and the Clerk is **DIRECTED** to file the Complaint *in forma pauperis*. 28 U.S.C. § 1915(a).

Having granted Plaintiff leave to proceed *in forma pauperis*, the Court is required to conduct an initial review of the Complaint and to dismiss it if it is facially frivolous or malicious, fails to state a claim for which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Having performed the required review, the Court finds that the Complaint is subject to dismissal in its entirety.

The claims against defendants Jim Purviance, Richard Montgomery, Zane Duncan, Gary M. Faulcon, Tim Gobble, Gay Gregson, Roberta Nevil Kustoff, and Barrett Rich in their official capacity are **DISMISSED WITHOUT PREJUDICE** on the grounds of sovereign immunity.

The claims against the same defendants in their individual capacity are **DISMISSED WITH PREJUDICE** on the grounds of absolute quasi-judicial immunity and, alternatively, for

failure to state a claim for which relief may be granted.

All claims against former Governor Bill Haslam, who is sued in his individual capacity only, are likewise **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

This is the final order in this action. The Clerk is **DIRECTED** to enter judgment. Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE