UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Robert C. Butler
       Plaintiff,

v.             Case No.: 3:19–cv–00416

Bill Haslam, et al.
       Defendant,

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/31/2019 re [4], [5].

                  Kirk L. Davies
                  s/ Megan Gregory, Deputy Clerk